IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-500-F

DELMONT PROMOTIONS, LLC, a North )
Carolina limited liability company, and )
SEEKIN' ENTERTAINMENT LLC d/b/a )
B-ROSE PRODUCTIONS, a North Carolina )
limited liability company, )
)
        Plaintiffs, )
)
v. ) **ORDER**
)
ALGERNOD LANIER WASHINGTON )
a/k/a PLIES, )
)
        Defendant. )

On July 9, 2013, Delmont Promotions, LLC and Seekin' Entertainment LLC d/b/a B-Rose Productions ("plaintiffs") filed this action against Algernod Lanier Washington a/k/a Plies ("defendant") [D.E. 1]. On August 30, 2013, plaintiffs moved for entry of default against defendant [D.E. 12].

According to plaintiffs, defendant was served with summons and the complaint on August 2, 2013, by certified mail, received by a person of suitable age and discretion residing at his dwelling house or usual place of abode [D.E. 10]. Plaintiffs also allege that defendant is not a minor or incompetent [D.E. 12]. Defendant has not filed an answer or response to plaintiffs' complaint, and the time to do so has expired. See Fed. R. Civ. P. 12(a)(1)(A). Under Rule 55(a) of the Federal Rules of Civil Procedure, the clerk may enter default against a party who "has failed to plead or otherwise defend." Accordingly, plaintiff's motion for entry of default is granted [D.E. 12].

SO ORDERED. This 6th day of November 2013.

                                            /s/ Julie A. Richards
                                            Julie A. Richards, Clerk of Court