IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-00500-F

| | | |
|---|---|---|
| DELMONT PROMOTIONS, LLC, a North Carolina limited liability company, and SEEKIN' ENTERTAINMENT LLC d/b/a B-ROSE PRODUCTIONS, a North Carolina limited liability company, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| ALGERNOD LANIER WASHINGTON, a/k/a PLIES, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the Plaintiffs' letter of December 10, 2014 [DE-29] requesting more time to find a new lawyer and to allow the lawyer to become familiar with the case. The court construes the letter as a motion to stay. The defendant in this case has not filed a timely answer nor made any appearance in this case. No opposition is expected to the present motion. Therefore, the motion is ripe for ruling.

In the court's discretion, the motion to stay [DE-23] is ALLOWED. This action is STAYED for thirty (30) days until February 5, 2015.

SO ORDERED. This, the 6 day of January, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge