UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DELMONT PROMOTIONS, LLC a North )
Carolina limited liability company, and )
SEEKIN' ENTERTAINMENT LLC d/b/a )
B-ROSE PRODUCTIONS, a North )
Carolina limited liability company )   **JUDGMENT**
               Plaintiffs, )   No. 5:13-cv-500-F
                                      )
v. )
                                      )
ALGERNOD LANIER WASHINGTON, )
a/k/a PLIES )
             Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiffs have and recover of Defendant Algemod Lanier Washington the amount of $504,145.75, plus interest at the legal rate per annum from the date of entry of this judgment until paid. The Plaintiffs' Motion for Default Judgment [DE-25] is ALLOWED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on August 3, 2015, and Copies To:**

Christopher M. Young  (via CM/ECF electronic notification)
T. Jefferson Carmon, III  (via CM/ECF electronic notification)
Freddie Lane, Jr.Joyce Loney  (via CM/ECF electronic notification)

DATE                                       JULIE RICHARDS JOHNSTON, CLERK
August 3, 2015                         /s/ Jacqueline B. Grady
                                                  (By) Jacqueline B. Grady, Deputy Clerk