UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-500-BO

| | |
|---|---|
| DELMONT PROMOTIONS, LLC and SEEKIN' ENTERTAINMENT, LLC d/b/a B-ROSE PRODUCTIONS, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | ORDER |
| ALGERNOD LANIER WASHINGTON a/k/a PLIES, ) ) ) ) | |
| Defendant. ) | |

This matter comes before the Court following the entry of an order directing plaintiffs to show cause why this case should not be dismissed with prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). [DE 90]. Plaintiffs have failed to respond to the Court's order within the time provided or to show cause why this case should not be dismissed. Accordingly, this action is DISMISSED WITH PREJUDICE for failure to prosecute. The clerk is DIRECTED to close the case.

SO ORDERED, this __ day of March, 2019.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE